IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MICHAEL ORR,                   )
                               )
               Plaintiff,      )          8:08CV538
                               )
          v.                   )
                               )
THE AUTO CLUB GROUP and AAA    )          ORDER
NEBRASKA,                      )
                               )
               Defendants.     )
_____)
```

This matter is before the Court on the unopposed motion
to amend progression order (Filing No. 23).  The Court finds the
motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  Defendant
The Auto Club Group, d/b/a AAA Nebraska, shall have until
November 23, 2009, to file its motion for summary judgment.

DATED this 16th day of November, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court